IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 23-CR-00004 |
| | ) | |
| vs. | ) | |
| | ) | UNRESISTED MOTION |
| ANDREW KYTE, | ) | TO FILE STIPULATION AND |
| | ) | EXHIBITS UNDER SEAL |
| | ) | |
| Defendant. | ) | |

In advance of the detention hearing and pursuant to Local Rule 5(c), the government requests leave to file a stipulation, and exhibits, under seal as they will contain sensitive and confidential information. The government's stipulation and exhibits include information including but not limited to sexually explicit communication including references to sexual activity with minors and depictions of minors. The government is asking for the stipulation and exhibits to be filed under seal in an attempt to prevent disclosure of the identities of minor victims in this matter.

Given the sensitive nature of this information, the government respectfully requests the Court grant this motion to file its stipulation and exhibits under seal, so that the filings are not made available on the public docket. Attorney Mark Meyer does not have any objection to the government's request to files these documents under seal.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ MAM

By: *s/ Liz Dupuich*

LIZ DUPUICH
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Elizabeth.Dupuich@usdoj.gov